UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:18-cv-00062-FDW-DSC

| | |
|---|---|
| COTRINNA STAMEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on the order (Doc. No. 27) and mandate (Doc. No. 28) of the Fourth Circuit Court of Appeals. Pursuant to said order and mandate, the administrative law judge's decision in this matter is REVERSED and this case is REMANDED to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

Signed: July 8, 2019

Frank D. Whitney
Chief United States District Judge